UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

In re:                                                                                          Chapter 13

                                                                                                 Case No. 16-35001-cmg

Maria Anderson and John Anderson,

                                         Debtor(s).

-------------------------------------------------------------------x

## **DEBTOR LOSS MITIGATION AFFIDAVIT**

STATE OF NEW YORK                      )
                                                          )ss.:
COUNTY OF WESTCHESTER       )

I, Jenna Giorgi, being sworn, say:

I am not a party to this action, am over 18 years of age and reside in Westchester, New York.

On September 8, 2016, I served a true and completed copy of the documents requested upon the following parties via email, Caitlin Kohn, at the following address ckohn@sterneisenberg.com; including the following documents:

☐ A copy of the Debtor's[1] two (2) most recent federal income tax returns;

☐ A copy of the Debtor's last two (2) paycheck stubs, proof of social security income, pensions, or any other income received by the Debtor;

Or, if Debtor is self-employed:

☒ A copy of the Debtor's business' two (2) most recent months' profit and loss statements, setting forth a breakdown of the monthly business income and expenses for *[the months of]*;

☐ A copy of the mortgagee=s completed financial worksheet;

☐ Proof of second/third party income by affidavit of the party, including the party's last two (2) paycheck stubs,

☒ Other (please specify)

- 2015 Federal Business tax returns; and
- 2015 Federal Personal tax returns.

---

[1] Unless otherwise provided herein, all capitalized terms are defined in the Southern District of New York's Loss Mitigation Program Procedures. The Loss Mitigation Program Procedures' definition of "Debtor" includes joint debtors.

Dated: White Plains, New York
September 8, 2016

/s/ Jenna Giorgi
Jenna Giorgi

Sworn before me on this
8 day of September 2016

/s/ Todd S. Cushner
Todd S. Cushner
REG # 02CU6071553
Notary Public, State of New York
Certified in Queens County
NY Commission Expires 3/18/18